**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8093**

---

AARON HOLSEY,

Petitioner - Appellant,

versus

WILLIAM W. SONDERVAN, Commissioner,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-01-2558-JFM)

---

Submitted:  April 30, 2002                Decided:  May 22, 2002

---

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Aaron Holsey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Holsey appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motions for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>See</u> <u>Holsey v. Sondervan</u>, No. CA-01-2558-JFM (D. Md. Sept. 25, 2001; Oct. 9, 2001; filed Dec. 3, 2001, entered Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
